1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 "I" Street, 3rd Floor
4  Sacramento, CA 95814

5  Attorney for Defendant
   HECTOR MANUEL SOLIS-TORRES
6

7

8               IN THE UNITED STATES DISTRCIT COURT

9              FOR THE EASTERN DISTRCIT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       )    NO. 2:11-CR-203 TLN
                                    )
12              Plaintiff,          )    STIPULATION AND ORDER
                                    )    TO CONTINUE STATUS CONFERENCE
13  v.                              )
                                    )
14  HECTOR MANUEL SOLIS-TORRES,     )    DATE:  September 17, 2013
                                    )    TIME:   9:30 AM
15              Defendant.          )    JUDGE: Hon. Troy L. Nunley
                                    )
16

17       The parties request that the status conference in this case be continued from Thursday,

18  September 19, 2013, to Thursday, October 17, 2013 at 9:30 a.m.  They stipulate that the time

19  between September 17, 2013 and October 17, 2013 should be excluded from the calculation of

20  time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the

21  Court excluding such time, so that counsel for the defendant may have reasonable time necessary

22  for effective preparation, taking into account the exercise of due diligence. 18 U.S.C.

23  §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T-4.

24       Specifically, defense counsel needs additional time to investigate the facts of the case,

25  review discovery with client, and to negotiate a resolution to this matter. The parties stipulate

26  and agree that the interests of justice served by granting this continuance outweigh the best

27

28

                                          -1-

interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

Dated:        September 17, 2013                    Respectfully submitted,
                                                    HEATHER E. WILLIAMS
                                                    Federal Defender

                                                    */s/ Benjamin Galloway*
                                                    BENJAMIN GALLOWAY
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    HECTOR MANUEL SOLIS-TORRES


Dated:        September 17, 2013                    BENJAMIN B. WAGNER
                                                    United States Attorney

                                                    */s/ Nirav Desai*
                                                    NIRAV DESAI
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for September 19, 2013, be continued to October 17, 2013, at 9:30 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from September 17, 2013, to and including, the October 17, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4)

IT IS SO ORDERED.

Dated: September 19, 2013

_____
Troy L. Nunley
United States District Judge